No. 246, Misc. BENVENISTE *v.* DENNO, WARDEN. C. A. 2d Cir. Certiorari denied. *Frances Kahn* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, and *Mortimer Sattler,* Assistant Attorney General, for respondent.

No. 250, Misc. STEVENSON *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. Petitioner *pro se. Benj. J. Jacobson* for respondent.

No. 253, Misc. WILSON *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Joel E. Hoffman* and *Monroe H. Freedman* for petitioner. *Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 259, Misc. LEPISCOPO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 261, Misc. SHOBE *v.* HEINZE, WARDEN, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 262, Misc. NAUTON *v.* CALIFORNIA. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 264, Misc. STILTNER *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 267, Misc. HARRIS *v.* PATE, WARDEN. Sup. Ct. Ill. Certiorari denied.

No. 270, Misc. CREASON *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.